UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Angela Deniese Dodd, | ) | Civil Action 5:14-cv-03394-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Carolyn W. Colvin, Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative action.

Upon remand, the Appeals Council will direct the Administrative Law Judge to hold a hearing and further evaluate the claimant's maximum residual functional capacity under 20 C.F.R. § 404.1545 and Social Security Rulings 85-16 and 96-8p; and further evaluate whether the claimant can perform the physical demands of her past relevant work with the assessed residual functional capacity in accordance with 20 C.F.R. § 404.1560(b) and Social Security Rulings 82-61 and 82-62, and with the assistance of a vocational expert. The ALJ will take any steps necessary to complete the administrative record on remand, and issue a new decision.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

June 11, 2015

Columbia, South Carolina.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.